UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD KRIEGER, Individually and on Behalf of All Others Similarly Situated, § § § <br><br> Plaintiff, § § § <br> v. § § <br> LRR ENERGY, L.P., LRE GP, LLC, ERIC D. MULLINS, CHARLES W. ADCOCK, JONATHAN P. CARROLL, JONATHAN C. FARBER, TOWNES G. PRESSLER, JR., JOHN A. BAILEY, LIME ROCK MANAGEMENT LP, LIME ROCK RESOURCES A, L.P., LIME ROCK RESOURCES B, L.P., LIME ROCK RESOURCES C, L.P., LIME ROCK RESOURCES II-A, L.P., LIME ROCK RESOURCES II-C, L.P., VANGUARD NATURAL RESOURCES, LLC, and LIGHTHOUSE MERGER SUB, LLC, § § § § § § § § § § § <br><br> Defendants. § | Civil Action No. 4:15-cv-2017 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ronald Krieger, by his undersigned counsel, hereby voluntarily dismisses, without prejudice, this action against all Defendants. All costs and expenses, including attorneys' fees, will be borne by the party that incurred them.

DATED: July 16, 2015.

Respectfully submitted,

    */s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar 02313525 / SDTX Bar 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, Texas 77002
(713) 227-7720

*Attorneys for Plaintiff*

**OF COUNSEL:**

Juan E. Monteverde
Innessa S. Melamed
**FARUQI & FARUQI, LLP**
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com
       imelamed@faruqilaw.com