# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RONALD KRIEGER, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-15-2017 |
| § | |
| LRR ENERGY, L.P., *et al.*, § | |
|     Defendants. § | |

## DISMISSAL ORDER

Pursuant to Plaintiff's Notice of Dismissal [Doc. # 3], it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this **17th** day of **July, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE