IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD KRIEGER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-15-2017 |
| LRR ENERGY, L.P., *et al.*,<br>    Defendants. | §<br>§<br>§<br>§ | |

## DISMISSAL ORDER

Pursuant to Plaintiff's Notice of Dismissal [Doc. # 3], it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this **17th** day of **July, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE